Robert M. Holley (SBN 50769)
Attorney at law
State Bar No. 50769
331 J Street, Suite #200
Sacramento, California 95814
Telephone:  (916) 443-2213

Attorney for Defendant KENNETH RAPIER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 2:06-CR-00495-MCE |
| | ) |
| Plaintiff, | ) STIPULATION AND |
| | ) ORDER CONTINUING STATUS CONFERENCE |
| v. | ) |
| | ) |
| KENNETH RAPIER and | ) |
| JANELLE MILLER, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**BACKGROUND AND DECLARATION OF COUNSEL**

The two defendants set forth above are charged with distribution of cocaine base and related charges and each, at the present time, are facing a minimum mandatory ten years to life imprisonment. Mr. Rapier is in federal pretrial custody housed at the Sacramento County Jail. Ms. Miller is on pretrial release.

There are issues in this case relating to the type and amounts of the alleged contraband and counsel for Mr. Rapier is in the process of obtaining an expert to examine the evidence for possible defenses and to hopefully save the Court time with by entering into negotiated pleas.

///

1  Accordingly, it is hereby stipulated by all parties that the status
2  conference in this matter which is scheduled for Thursday, August 9,
3  2007 be continued to **Thursday, October 18, 2007 at 9:00 a.m.**
4     I declare under penalty of perjury that the foregoing is true and
5  correct.  Signed at Sacramento, California on August 6, 2007.

7                                      /S/ Robert M. Holley, Esq.
8                                      _____
                                       ROBERT M. HOLLEY, Esq.
9                                      Counsel for Mr. Rapier

11                              **STIPULATION**
12     It is hereby stipulated by and between the parties through their
13 respective counsel that the status conference in the above-entitled
14 case presently set for Thursday, August 9, 2007 at 9:00 a.m. be
15 continued without appearance, for the reasons set forth above, to
16 **Thursday, October 18, 2007 at 9:00 a.m.**
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

The parties further stipulate that time included in this continuance be excluded pursuant to Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(B)(ii)(Local Codes T2 and T4) through October 18, 2007 due to complexity of the case and in the interest of justice to allow the defense time to test the alleged contraband and to consider, negotiate and reach, if possible, an appropriate plea bargain.

Dated: August 6, 2007

/s/ Mr. Jason Hitt, Esq. (by RMH)
Assistant United States Attorney
Counsel the United States

/s/ Mr. Michael Brady Bigelow (by RMH)
MR. MICHAEL BRADY BIGELOW, Esq.
Counsel for MS. JANELLE MILLER

/s/ Mr. Robert M. Holley, Esq.
MR. ROBERT M. HOLLEY, Esq.
Counsel for MR. KENNETH RAPIER

**ORDER**

**GOOD CAUSE APPEARING** and upon the stipulation of the parties,

**IT IS HEREBY ORDERED** that the status conference in the above-entitled case, presently scheduled for Thursday, August 9, 2007, be continued without appearance to **Thursday, October 18, 2007 at 9:00 a.m.**

It is further ordered that time be excluded through October 18, 2007 pursuant to the Speedy Trial Act exclusion sections set forth in the stipulation above.

Dated: August 9, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3