**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Janelle Miller

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Cr.S-06-495 MCE |
| Plaintiff, ) | |
| vs. ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| ) | Date: January 24, 2008 |
| JANELLE MILLER, ) | Time: 9:00 AM |
| KENNETH RAPIER ) | Court: Hon. Morrison C. England Jr. |
| Defendant ) | |

   The two defendants set forth above are charged with distribution of cocaine base and related charges and each, at the present time, are facing a minimum mandatory ten years to life imprisonment. Mr. Rapier is in federal pretrial custody housed at the Sacramento County Jail. Ms. Miller is on pretrial release.

   There are issues in this case relating to the type and amounts of the alleged contraband which have yet to be resolved and the parties are working to foster resolution short of trial.

-1-

Accordingly, it is hereby stipulated by all parties that the status conference in this matter, which is scheduled for November 29, 2007, be continued to Thursday, January 24, 2008 at 9:00 AM.

I declare under penalty of perjury that the foregoing is true and correct.

Signed at Sacramento, California on November 28, 2007.


/S/MICHAEL B. BIGELOW
Michael B. Bigelow
Attorney for Defendant, Miller

**STIPULATION**

It is hereby stipulated by and between the parties through their respective counsel that the status conference in the above-entitled case presently set for Thursday, November 29, 2007 at 9:00 a.m. be continued without appearance, for the reasons set forth above, to **Thursday, January 24, 2008 at 9:00 a.m.**

The parties further stipulate that time included in this continuance be excluded pursuant to Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(B)(ii)(Local Codes T2 and T4) through January 24, 2008 due to complexity of the case and in the interest of justice to allow the defense time to test the alleged contraband and to consider, negotiate and reach, if possible, an appropriate plea bargain.

-2-

| | |
|---|---|
| /S/ JASON M. HITT, Esq. | November 28, 2007 |

Jason Hitt,
Assistant United States Attorney
Counsel the United States

| | |
|---|---|
| /S/ MICHAEL BRADY BIGELOW, Esq. | November 28, 2007 |

Michael B. Bigelow
Counsel for Janelle Miller

| | |
|---|---|
| /S/ ROBERT M. HOLLEY, ESQ. | November 28, 2007 |

Robert M. Holley, Esq.
Counsel for MR. Kenneth Rapier

**ORDER**

**GOOD CAUSE APPEARING** and upon the stipulation of the parties,

**IT IS HEREBY ORDERED** that the status conference in the above entitled case, presently scheduled for Thursday, November 29, 2007 be continued without appearance to **January 24, 2008 at 9:00 a.m.**

It is further ordered that time be excluded through January 24, 2008 pursuant to the Speedy Trial Act exclusion sections set forth in the stipulation above.

**IT IS SO ORDERED**

DATED: November 28, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE