**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **KENNETH RAPIER**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:06-cr-00495-MCE |
| Plaintiff, ) | |
| v. ) | **STIPULATION CONTINUING STATUS AND ORDER THEREON** |
| **KENNETH RAPIER**, ) | |
| Defendant, ) | (Status Continued to 9/11/08 @(9:00) |

It is hereby stipulated between counsel for the defendants and the government that the status conference presently scheduled for August 7. 2008 may be continued until September 11, 2008 at 9:00 a.m. This continuance is requested because counsel for defendant Rapier is new to the case and needs additional time to prepare. Additionally, when defendant's file was delivered to counsel there were several compact discs missing.

///
///
///
///
///
///
///
///

| | | |
|---|---|---|
| 1 | Dated: August 5, 2008 | Dated: August 5, 2008 |
| 2 | | |
| 3 | / s / Steven D. Bauer | / s / Jason Hitt |
| 4 | **STEVEN D. BAUER**<br>Attorney for Defendant | **JASON HITT**<br>Assistant United States Attorney |
| 5 | Dated: August 5, 2008 | |
| 6 | / s / Michael Bigelow | |
| 7 | **MICHAEL BIGELOW** | |

For Good Cause Appearing, IT IS SO ORDERED.

Dated: August 7, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE