**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Janelle Miller

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>          Plaintiff,         )<br>                             )<br>     vs.                     )<br>                             )<br>                             )<br> JANELLE MILLER,             )<br> KENNETH RAPIER              )<br>                             )<br>          Defendant          )<br>                             ) | Case No. Cr.S-06-495 MCE<br><br>1ST AMENDED<br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br><br>Date: December 4, 2008<br>Time: 9:00 AM<br>Court: MCE |

     The two defendants set forth above are charged with distribution of cocaine base and related charges and each, at the present time, are facing a minimum mandatory ten years to life imprisonment. Mr. Rapier is in federal pretrial custody housed at the Sacramento County Jail. Ms. Miller is on pretrial release.

     There are issues in this case relating to the type and amounts of the alleged contraband which have yet to be resolved and the parties are working to foster resolution short of trial.

-1-

1  In addition, new counsel has been appointed and requires
2  additional time for preparation.
3       Accordingly, it is hereby stipulated by all parties that
4  the status conference in this matter, which is scheduled for
5  September 11, 2008, be continued to Thursday, December 4, 2008
6  at 9:00 AM.
7       I declare under penalty of perjury that the foregoing is
8  true and correct.
9       Signed at Sacramento, California on September 15, 2008.

                              /S/MICHAEL B. BIGELOW
                              Michael B. Bigelow
                              Attorney for Defendant, Miller

     **STIPULATION**

     It is hereby stipulated by and between the parties through their respective counsel that the status conference in the above-entitled case presently set for Thursday, September 11, 2008 at 9:00 a.m. be continued without appearance, for the reasons set forth above, to **Thursday, December 4, 2008 at 9:00 a.m.**

     The parties further stipulate that time included in this continuance be excluded pursuant to Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(B)(ii)(Local Codes T2 and T4) through December 4, 2008, due to complexity of the case and in the

-2-

interest of justice to allow the defense time to test the alleged contraband and to consider, negotiate and reach, if possible, an appropriate plea bargain.

/S/ JASON M. HITT, Esq.                         September 15, 2008
Jason Hitt,
Assistant United States Attorney
Counsel the United States

/S/ MICHAEL BRADY BIGELOW, Esq.                 September 15, 2008
Michael B. Bigelow
Counsel for Janelle Miller

/S/ STEVEN D. BAUER                             September 15, 2008
Steven D. Bauer, Esq.
Counsel for Kenneth Rapier

**ORDER**

**GOOD CAUSE APPEARING** and upon the stipulation of the parties, **IT IS HEREBY ORDERED** that the status conference in the above entitled case, presently scheduled for Thursday, September 11, 2008, be continued without appearance to **Thursday, December 4, 2008 at 9:00 AM.**

It is further ordered that time be excluded through December 4, 2008 pursuant to the Speedy Trial Act exclusion sections set forth in the stipulation above.

**IT IS SO ORDERED.**

**DATED:** September 15, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-4-