**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **KENNETH RAPIER**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case No. 2:06-cr-00495-MCE |
| Plaintiff, | ) | |
| | ) | **STIPULATION** |
| v. | ) | **CONTINUING STATUS** |
| | ) | **AND ORDER THEREON** |
| **KENNETH RAPIER**, | ) | |
| | ) | (Status Continued to1/29/09@ 9:00) |
| Defendant, | ) | |
| | ) | |

It is hereby stipulated between counsel for the defendants  and  the government that the status conference presently scheduled for December 4, 2008 may be continued until January 29, 2009 at 9:00 a.m. This continuance is requested to permit the parties to seek and agreed resolution of both matters. It is further stipulated by the parties that time is excludable under the Speedy Trial Act until January 29, 2009 pursuant to Local Code T-4. See 18 U.S.C. §3161(h)(8)(A) and 3161(h)(8)(B)(iv).

///

///

///

///

Dated: December 3, 2008                          Dated:  December 3, 2008

/ s / Steven D. Bauer                            / s / Jason Hitt

**STEVEN D. BAUER**                              **JASON HITT**
Attorney for Defendant                           Assistant United States Attorney

\

Dated:  December 3, 2008

/ s / Michael Bigelow

**MICHAEL BIGELOW**

**<u>ORDER</u>**

IT IS SO ORDERED

 Dated:  December 5, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE