1 **STEVEN D. BAUER**
Attorney at Law - SBN 50084
2 428 J Street - Suite 350
Sacramento, California 95814
3 Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net
4
Attorney for Defendant: **KENNETH RAPIER**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-cr-00495 MCE |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION CONTINUING STATUS AND ORDER THEREON** |
| **KENNETH RAPIER**, | ) | |
| Defendant, | ) | (Status Continued to 3/26/09 @ 9:00) |

It is hereby stipulated between counsel for the defendants and the government that the status conference presently scheduled for January 29, 2009 may be continued until March 26, 2009 at 9:00 a.m. This continuance is requested to permit the parties to seek and agreed resolution of both matters. Additionally, counsel for defendant Rapier needs time to acquire court documents for out of state. It is further stipulated by the parties that time is excludable under the Speedy Trial Act until March 26, 2009 pursuant to Local Code T-4. See 18 U.S.C. §3161(h)(8)(A) and 3161(h)(8)(B)(iv).

///
///
///
///
///
///

| | |
|---|---|
| Dated: January 22, 2009 | Dated: January 22, 2009 |
| / s / Steven D. Bauer | / s / Jason Hitt |
| **STEVEN D. BAUER** | **JASON HITT** |
| Attorney for Defendant | Assistant United States Attorney |

(Additional Signatures and Order on Following Page)

Dated: January 22, 2009

/ s / Michael Bigelow

**MICHAEL BIGELOW**

For Good Cause Appearing

**IT IS SO ORDERED.**

Dated: January 26, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE