1 **STEVEN D. BAUER**
Attorney at Law - SBN 50084
2 428 J Street - Suite 350
Sacramento, California 95814
3 Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net
4
Attorney for Defendant: **KENNETH RAPIER**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | 2:06-cr-00495-MCE |
| Plaintiff, ) | |
| v. ) | **STIPULATION CONTINUING STATUS AND ORDER THEREON** |
| **KENNETH RAPIER**, ) | |
| Defendant, ) | (Status Continued to 4/30/09 @ 9:00) |

It is hereby stipulated between counsel for the defendants and the government that the status conference presently scheduled for March 26, 2009 may be continued until April 30, 2009 at 9:00 a.m. This continuance is requested to permit the parties to seek and agreed resolution of both matters. Additionally, counsel for the government is unavailable until late April and it would be unproductive to reassign the matter.. It is further stipulated by the parties that time is excludable under the Speedy Trial Act until March 26, 2009 pursuant to Local Code T-4. See 18 U.S.C. §3161(h)(8)(A)(ii).

Dated: March 26, 2009                                    Dated: March 26, 2009

/ s / Steven D. Bauer                                    / s / Jason Hitt

**STEVEN D. BAUER**                                      **JASON HITT**
Attorney for Defendant                                   Assistant United States Attorney

(Additional Signatures and Order on Following Page)

Dated: March 26, 2009

/ s / Michael Bigelow

**MICHAEL BIGELOW**

For Good Cause Appearing, **IT IS SO ORDERED.**

**Dated: March 27, 2009**

_____
**MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE**