1  **STEVEN D. BAUER**
   Attorney at Law - SBN 50084
2  428 J Street - Suite 350
   Sacramento, California 95814
3  Telephone: (916) 447-8262
   E-mail: baueresq@sbcglobal.net
4
   Attorney for Defendant: **KENNETH RAPIER**
5

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   **UNITED STATES OF AMERICA,**           )    2:06-cr-00495-MCE
11                                          )
                      Plaintiff,            )
12                                          )    **STIPULATION**
              v.                            )    **CONTINUING STATUS**
13                                          )    **AND ORDER THEREON**
   **KENNETH RAPIER**,                      )
14                                          )    (Status Continued to 6/11/09 @ 9:00)
                      Defendant,            )
15 _____ )

16      It is hereby stipulated between counsel for the defendants and the government that

17 the status conference presently scheduled for April 30, 2009 may be continued until June

18 11, 2009 at 9:00 a.m. This continuance is requested to permit the parties to seek and

19 agreed resolution of both matters. Additionally, counsel for defendant Miller needs to be

20 out of town on the date presently scheduled and it would not be appropriate for other

21 counsel to stand in for him. It is further stipulated by the parties that time is excludable

22 under the Speedy Trial Act until June 11, 2009 pursuant to Local Code T-4. <u>See</u> 18

23 U.S.C. §3161(h)(8)(A)(ii).

24 Dated: April 27, 2009                         Dated:  April 27, 2009

25
   / s / Steven D. Bauer                         / s / Jason Hitt
26
   **STEVEN D. BAUER**                           **JASON HITT**
27 Attorney for Defendant                        Assistant United States Attorney

28 (Additional Signatures and Order on Following Page)

Dated: April 27, 2009

/ s / Michael Bigelow

**MICHAEL BIGELOW**

**ORDER**

For Good Cause Appearing, **IT IS SO ORDERED**

Dated: April 29, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE