**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **KENNETH RAPIER**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**KENNETH RAPIER**,<br><br>　　　　　Defendant, | Crim. S 06-495 MCE<br><br>**STIPULATION CONTINUING STATUS AND ORDER THEREON**<br><br>(Status Continued to 6/25/09 @ 9:00) |

It is hereby stipulated between counsel for the defendants and the government that the status conference presently scheduled for June 11, 2009 may be continued until June 25, 2009 at 9:00 a.m. This continuance is requested to permit the parties to seek and agreed resolution of both matters. The time between now and the proposed new date is necessary for defendant Rapier to consider a proposed plea agreement. It is further stipulated by the parties that time is excludable under the Speedy Trial Act until June 25, 2009 pursuant to Local Code T-4. See 18 U.S.C. §3161(h)(8)(A)(ii).

Dated: June 10, 2009　　　　　　　　　　　　Dated: June 10, 2009

/ s / Steven D. Bauer　　　　　　　　　　　　/ s / Jason Hitt

**STEVEN D. BAUER**　　　　　　　　　　　　**JASON HITT**
Attorney for Defendant　　　　　　　　　　　Assistant United States Attorney

(Additional Signatures and Order on Following Page)

1 | Dated: June 10, 2009
2 | / s / Michael Bigelow
3 | **MICHAEL BIGELOW**
4 |
5 | For Good Cause Appearing
6 | **IT IS SO ORDERED.**
7 | Dated: June 11, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE